### HAPPEL et v STEWART et

Ohio Appeals, 2nd Dist, Montgomery Co

No 1294.   Decided March 4, 1935

Harry M. Wolfe, Dayton, for plaintiffs.

Fitzgerald & Ford, Dayton, for defendants.

## OPINION

**By THE COURT**

The above entitled cause is now being determined on plaintiff's application for rehearing.

The memoranda attached seeks the view of the court as to waiver of lien provision of §8312 GC and similar provision omitted from §8321-1 GC.

We did not base our conclusion on the waiver provisions of the statute and do not think that the present query is pertinent to the question involved.

Irrespective of statute, any one has a right to waive their liens in favor of a contemplated mortgage. This was what was done in the instant case, and for that reason the mortgage lien is prior.

We did not consider the mortgage as a construction mortgage. Motion for rehearing will be denied.

KUNKLE, PJ, BARNES and HORNBECK, JJ, concur.